**08NITED STATES DISTRICT COURT**
    **MIDDLE DISTRICT OF FLORIDA**
           **ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                            CASE NO. 6:09-CR-210-ORL-19GJK

MICHAEL AHEARN

                              ORDER

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 44, filed March 19, 2010) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 44) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Michael Ahearn has entered a plea of guilty to Count One of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count One of the Indictment.

**DONE AND ORDERED** at Orlando, Florida, this   22nd   day of March, 2010.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant

Courtroom Deputy